### OFFICE OF DISCIPLINARY COUNSEL, Petitioner,

v.

### Joseph DeMESQUITA, Respondent.

### No. 151 Disciplinary Counsel No. 3.

Supreme Court of Pennsylvania.

June 13, 1997.

*ORDER*

PER CURIAM:

AND NOW, this 13th day of June, 1997, upon consideration of the Report and Recommendations of the Disciplinary Board dated March 17, 1997, the Petition for Review and response thereto, it is hereby

ORDERED that Joseph DeMesquita be and he is suspended from the Bar of this Commonwealth for a period of three years, retroactive to October 2, 1995, and he shall comply with all the provisions of Rule 217, Pa.R.D.E. It is further ORDERED that

respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.

CASTILLE, J. dissents and would disbar respondent.

NIGRO, J., dissents and would suspend respondent for a period of five years.

■

### COMMONWEALTH of Pennsylvania, Respondent,

v.

### Liu XIANGRONGO, Petitioner.

Supreme Court of Pennsylvania.

July 1, 1997.

William R. Bernhart, Reading, for Petitioner.

*ORDER*

PER CURIAM.

AND NOW, this 1st day of July, 1997, the Petition for Allowance of Appeal is granted. The order of the Superior Court is vacated, and the case is remanded to the Superior Court for consideration of the appeal on its merits.